Medora Marisseau, OSB # 923838
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
Email: kfeldman@karrtuttle.com
*Attorney for Defendant*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| M.W., by and through M.W.'s father and next friend, R.W., <br><br> Plaintiff, <br><br> v. <br><br> Providence Health Plan, Inc., <br><br> Defendant. | NO. 3:21-CV-00213 <br><br> UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT <br><br> NOTE FOR HEARING: <br> Monday, April 26, 2021 |

Defendant Providence Health Plan ("PHP"), through its counsel, respectfully requests the time for the response to Plaintiffs' Complaint be extended to May 3, 2021. Defendant has not previously sought any extensions. This motion is for good cause and not for the purpose of delay. Plaintiff's counsel has been advised and does not oppose the instant motion.

Accordingly, Defendant respectfully requests the deadline for response to Plaintiff's Complaint be extended to May 3, 2021. By submitting this motion Defendant does not waive any defenses.

UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT- 1
#5005293 v1 / 42700-053

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1      DATED at this 26th day of April 2021.

                                    *s/Medora A. Marisseau*
                                    Medora A. Marisseau, OSB 923838
                                    701 Fifth Avenue, Suite 3300
                                    Seattle, WA  98104
                                    Phone: (206) 223-1313
                                    Fax: (206) 682-7100
                                    Email: mmarisseau@karrtuttle.com
                                    *Attorney for Defendant*

UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT- 2
#5005293 v1 / 42700-053

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## CERTIFICATE OF SERVICE

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused the foregoing to be served on the parties listed below in the manner indicated.

| | | |
|---|---|---|
| Megan E. Glor, OSB #930178<br>megan@meganglor.com<br>Attorney for Plaintiff | ☒<br>☐<br>☒<br>☐<br>☐ | Via U.S. Mail<br>Via Hand Delivery<br>Via Electronic Mail<br>Via Overnight Mail<br>CM/ECF via court's website |
| Jane Paulson, OSB #911804<br>jane@paulsoncoletti.com<br>Attorney for Plaintiff | ☒<br>☐<br>☒<br>☐<br>☐ | Via U.S. Mail<br>Via Hand Delivery<br>Via Electronic Mail<br>Via Overnight Mail<br>CM/ECF via court's website |

I declare under penalty of perjury that the foregoing is true and correct.

Dated on this 26th day of April 2021, at Seattle, Washington.

*s/Jan Likit*
Jan Likit
Legal Assistant to Medora Marisseau

UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT- 3
#5005293 v1 / 42700-053

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100